UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAKESHKUMAR RATHOD,<br>Petitioner | CIVIL ACTION NO. 1:20-CV-161-P |
| VERSUS | JUDGE DRELL |
| WILLIAM BARR, *ET AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) and Emergency Motion for Temporary Restraining Order (ECF No. 9) are hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 24th day of March, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE